## EX PARTE WASHINGTON NATIONAL BANK.

[No. 20,301. Filed November 29, 1904.]

From Daviess Circuit Court; *H. Q. Houghton,* Judge.

*Ex parte* proceeding to require the Washington National Bank to permit John Daily, a county assessor, to examine certain books, papers, etc. From an order granting such examination said bank appeals. *Appeal dismissed.*

*M. S. Hastings, J. G. Allen, E. E. Hastings, A. J. Padgett, J. Alvin Padgett* and *D. H. Padgett,* for appellant.
*William Heffernan, Ezra Mattingly, William R. Gardiner, T. D. Slimp* and *C. G. Gardiner,* for appellee.

Leonard v. Whetstone.

HADLEY, J.—The record in this case is in precisely the same condition, and involves the identical questions involved in *Ex parte Washington Nat. Bank* (1904), *ante*, 476, except that in this case the inquiry related to the tax list of one Meredith, and upon authority of the former case this appeal is dismissed.